No. 79–98. JACK'S COOKIE Co. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–102. SAJDAK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–103. DORSY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–129. MILLETTE & ASSOCIATES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 79–175. CITY OF ST. LOUIS *v.* THOMAS W. GARLAND, INC., ET AL.; and

No. 79–206. MANLEY INVESTMENT Co. *v.* THOMAS W. GARLAND, INC., ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 596 F. 2d 784.

No. 79–195. WHEELER ET AL. *v.* ROMAN CATHOLIC ARCHDIOCESE OF BOSTON, INC., ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 79–202. BOWDEN ET AL. *v.* McKENNA ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–204. EASLEY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–210. ANDREWS *v.* CAHILL, FAMILY COURT COMMISSIONER FOR WAUKESHA COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–211. ALEXANDER, DBA STRAND THEATER, K.I.M.Y. B.A. CORP., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.